| | |
|---|---|
| 1 | W. Michael Hensley (CA Bar No. 90437) |
| 2 | Robert J. Stein III (CA Bar No. 212495)<br>ALVARADOSMITH, APC<br>1 MacArthur Place, Suite 200 |
| 3 | Santa Ana, California 92707<br>Tel.: (714) 852-6800 / Fax: (714) 852-6899 |
| 4 | Seth R. Lesser |
| 5 | Fran L. Rudich<br>Michael Palitz |
| 6 | KLAFTER OLSEN & LESSER LLP<br>2 International Dr., Suite 350 |
| 7 | Rye Brook, New York 10573<br>Tel.: (914) 934-9200 / Fax: (914) 934-9220 |
| 8 | Attorneys for Plaintiffs Debbie Fitzpatrick-Seckler and Richard Silva |
| 9 | *(Additional plaintiffs' counsel listed on page 2 of Caption)* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| DEBBIE FITZPATRICK-SECKLER and RICHARD SILVA, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br>v.<br><br>KINDRED HEALTHCARE INC., KINDRED HEALTHCARE OPERATING GROUP, INC., KINDRED HOSPITALS WEST, L.L.C., KINDRED NURSING CENTERS WEST, L.L.C., THC-ORANGE COUNTY, INC. d/b/a KINDRED HOSPITAL WESTMINSTER, and DOES 1 through 100, INCLUSIVE,<br><br>              Defendants.<br><br>**RELATED TO:**<br><br>FLORDELIZA ESCANO, MARILA P. MAXIMO, JOEL T. CATUBLAS, and PENNY BURNEY, on behalf of themselves and on behalf of all others similarly situated,<br>              Plaintiffs,<br>v. | Case No.: SACV10-01188 CJC (MLGx)<br>Related to Case No.: CV-09-4778 DDP (RZx)<br><br>Honorable Dean D. Pregerson<br><br>**CLASS ACTION**<br><br>**NOTICE OF PLAINTIFFS' JOINT MOTION FOR CLASS CERTIFICATION RE: JOINT EMPLOYER LIABILITY ISSUE**<br><br>Date: June 4, 2012<br>Time: 10:00 am<br>Courtroom: 3 – 2nd Floor<br><br>Action Filed:  June 1, 2009 |

| | |
|---|---|
| 1 | *(Defendants continued on next page)* ) |
| 2 | KINDRED HEALTHCARE ) OPERATING, INC., a Delaware ) |
| 3 | Corporation, KINDRED ) HEALTHCARE, INC., a Delaware ) |
| 4 | Corporation, SPECIALTY ) HOSPITALS OF SOUTHERN ) |
| 5 | CALIFORNIA, a business form ) unknown, and DOES 1 through 100, ) |
| 6 | Defendants ) |

*Additional counsel for Plaintiffs Flordeliza Escano, Marila P. Maximo, Joel T. Catublas, and Penny Burney:*

Joseph Antonelli, Esq. (SB# 137039)
Janelle Carney, Esq. (SB# 201570)
LAW OFFICE OF JOSEPH ANTONELLI
14758 Pipeline Ave., Suite E, 2nd Floor
Chino Hills, CA 91709
Tel.: (909) 393-0223 / Fax: (909) 393-0471

Kevin T. Barnes, Esq. (SB# 138477)
Gregg Lander, Esq. (SB# 194018)
LAW OFFICES OF KEVIN T. BARNES
5670 Wilshire Blvd., Suite 1460
Los Angeles, CA 90036
Tel.: (323) 549-9100 / Fax: (323) 549-0101

Steven Gold, Esq. (SB#137910)
THE GOLD FIRM™
101 W. Broadway, Suite 1200
San Diego, CA 90064
Tel: (619) 358-9344

David Boertje, Esq. (SB#225148)
LAW OFFICES OF DAVID BOERTJE
1808 Aston Avenue, Suite 240
Carlsbad, CA 92088

1  Tel: (619) 476-0901
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on June 4, 2012 at 10:00 a.m. at the above Court, located at 312 N. Spring Street, Los Angeles, CA 90012-4793, in Courtroom 3 – 2nd Floor, the Hon. Dean D. Pregerson presiding, Plaintiffs Debbie Fitzpatrick-Seckler and Richard Silva jointly with the Plaintiffs Flordeliza Escano, Marila P. Maximo, Penny Burney will seek an Order certifying the issue of joint employer liability for class certification purposes, including but not limited to an order finding that, pursuant to the Federal Rules of Civil Procedure, Rule 23, Kindred Healthcare Operating, Inc. ("KHOI") is the joint employer of all the Kindred California hospital facilities employees, including the Plaintiffs and the putative class. Plaintiffs will proceed upon this Motion, the accompanying Declarations, and any other further briefings and arguments of counsel, including the concurrently filed joint motion for class certification regarding Defendants' pay practices and policies.

**RELIEF SOUGHT:**

Plaintiffs request that this Court grant certification of this action under F.R.C.P. Rules 23(b)(1) and (b)(3), appoint Plaintiffs' counsel to serve as counsel to the classes ("Class Counsel"), and authorize Notice to the Classes of the pending action and its members' right to opt-out under F.R.C.P. Rule 23(d)(2).

**PROPOSED CLASSES:**

The proposed classes are contained in the concurrently filed joint motion for class certification of the Defendants' pay practices and policies. The plaintiffs seek certification of the legal issue that KHOI is the actual employer and/or joint employer of all Kindred subsidiary California hospitals in this class action, such that KHOI is responsible for all the alleged improper pay practices in the concurrently filed Escano motion for class certification.

Further, the plaintiffs request that:

NOTICE OF PLAINTIFFS' JOINT MOTION FOR CLASS CERTIFICATION RE: JOINT EMPLOYER LIABILITY ISSUE

1. Debbie Fitzpatrick-Seckler, Richard Silva, Flordeliza Escano, Marila P. Maximo, and Penny Burney be determined to be suitable class representatives.

2. Joseph Antonelli and Janelle Carney of Law Office of Joseph Antonelli; Kevin T. Barnes and Gregg Lander of Law Offices of Kevin T. Barnes, David Boertje of the Law Offices of David Boertje, AlvaradoSmith, APC, Klafter Olsen & Lesser LLP, and Steven Gold of the Gold Firm™ are appointed class counsel.

This motion is made on the basis that issue certification is proper under the <u>Federal Rules of Civil Procedure</u>, Rule 23(c)(4).

Additionally, Defendants, including Kindred Healthcare Operating Inc. (KHOI) Southern California Specialty Care (SCSC), Kindred Hospital West (KHW) and THC-Orange County (THC), jointly run the following hospital facilities in California: Kindred La Mirada; Kindred Santa Ana; Kindred San Gabriel Valley; Kindred Brea; Kindred Los Angeles; Kindred Westminster; Kindred San Francisco; Kindred San Diego; Kindred Ontario; Kindred Sacramento; Kindred Baldwin Park; Kindred Rancho; Kindred Riverside; Kindred South Bay; and Kindred South Bay-Tri-City, jointly employ Plaintiffs and the classes.

This motion is based on

1. The Notice of Motion;
2. The Memorandum of Points and Authorities filed concurrently herewith;
3. The Declaration Binder filed concurrently herewith;
4. The Deposition Testimony attached in the Notice of Lodging Deposition Excerpts filed concurrently herewith;
5. The Declaration of Janelle Carney re: Exhibit Binder filed concurrently herewith;
6. Request for Judicial Notice filed concurrently herewith; and

2
NOTICE OF PLAINTIFFS' JOINT MOTION FOR CLASS CERTIFICATION RE: JOINT EMPLOYER LIABILITY ISSUE

7. The concurrently filed <u>Escano</u> Motion for Certification Re: Pay Practices and Policies.

Furthermore the motion is based upon all pleadings, documents, and evidence on file in this case, and argument before the Court at the hearing on this Motion.

Dated: December 13, 2011    ALVARADOSMITH, APC
                            KLAFTER OLSEN & LESSER LLP

                            /s/
                            By: Michael Palitz
                                Attorney for Plaintiffs

In Association with:

Joseph Antonelli, Esq. (SB# 137039)
Janelle Carney, Esq. (SB# 201570)
LAW OFFICE OF JOSEPH ANTONELLI
14758 Pipeline Ave., Suite E, 2nd Floor
Chino Hills, CA 91709
Tel.: (909) 393-0223 / Fax: (909) 393-0471

Kevin T. Barnes, Esq. (SB# 138477)
Gregg Lander, Esq. (SB# 194018)
LAW OFFICES OF KEVIN T. BARNES
5670 Wilshire Blvd., Suite 1460
Los Angeles, CA 90036
Tel.: (323) 549-9100 / Fax: (323) 549-0101

Steven Gold, Esq. (SB#137910)
THE GOLD FIRM™
101 W. Broadway, Suite 1200
San Diego, CA 90064
Tel: (619) 358-9344

1  David Boertje, Esq. (SB#225148)
   LAW OFFICES OF DAVID BOERTJE
2  1808 Aston Avenue, Suite 240
3  Carlsbad, CA 92088
   Tel: (619) 476-0901
4
5  *Attorneys for Plaintiffs Flordeliza Escano, Marila P. Maximo, Joel T. Catublas,*
6  *and Penny Burney:*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF PLAINTIFFS' JOINT MOTION FOR CLASS CERTIFICATION RE: JOINT EMPLOYER LIABILITY ISSUE